# EXHIBIT "A"

Please enter address or insurance changes on back and check this box ☐. Please detach along dotted line and return this portion with your payment.

| | PLEASE PAY THIS AMOUNT | DUE BY |
|---|---|---|
| 71309538 MORRIS ,DEBRA<br>COMMUNITY MED CTR 24-0862246N<br>P.O. BOX 941<br>SCRANTON, PA.<br>18501 | 700.00 | |
| | AMOUNT PAID ▶ | |
| | MC/VISA ACCEPTED<br>PL FILL INFO ON BACK | |
| | ACCOUNT NUMBER AND NAME | |

SEND PAYMENT TO:
COMMUNITY MED CTR 24-0862246N
P.O. BOX 941
SCRANTON, PA.
18501

71309538
MORRIS ,DEBRA

FOR INFORMATION ON ACCOUNT, PLEASE CALL
5709698926

FOR HOSP USE:
ADM DT:  030609
DSH DT:  *NONE*
SB:      20106
570-222-2691
FC:            B
PT:            E

00005457
71309538
ANDREW ROBERT MORRIS
3035 STATE ROUTE 2014
FOREST CITY PA 18421-9626


CMC "Commitment to Quality"

Account Number: 71309538            Page No. 1
Patient Name: MORRIS ,DEBRA
Service Start: 03/06/09   Service End: 03/06/09
Statement Date: 07/10/09   Last Statement Date: 05/08/09

QUESTIONS?  Please Call: 5709698926    Contact:

| ACCOUNT BALANCE | ESTIMATED INSURANCE DUE | TOTAL PATIENT CREDITS | PLEASE PAY THIS AMOUNT |
|---|---|---|---|
| 700.00 | .00 | | 700.00 |

| TRANS DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | PREVIOUS BALANCE | .00 |
| 03/06/09 | 1 ED LEVEL IV           99284C | 1,418.00 |
| 03/06/09 | 1 URINALYSIS W MICRO    81001 | 104.00 |
| 03/06/09 | 1 URINALYSIS W/O MICRO  81003 | 62.00 |
| 03/06/09 | 1 URINALYSIS W/O MICRO  81003 | 62.00- |
| 03/06/09 | 1 ANKLE                 73610 | 321.00 |
| 03/06/09 | 1 CT CHEST W/CONTRAST   71260 | 1,618.00 |
| 03/06/09 | 1 CT ABD W IV CONTRAST  074160 | 2,205.00 |
| 03/06/09 | 1 CT PELVIS W IV CONTRAS 72193 | 1,466.00 |
| 03/07/09 | 50 VISIPAQUE 320 1ML/500MQ9967 | 88.00 |
| 03/18/09 | BC OP COVERED SRV (C) B09 BLUE CROSS 36 | 2,040.46- |
| 03/18/09 | BC COVRD SVC OP (M)  B09 BLUE CROSS 36 | 5,104.54- |
| 05/18/09 | CREDIT CARD PAYMENT | 75.00- |
| 06/24/09 | BC OP COVERED SRV (CY) | 2,040.46 |
| 06/24/09 | BC OP COVERED SRV (CY) | 1,340.46- |
| 06/24/09 | BC COVRD SVC OP (M) | 5,104.54 |
| 06/24/09 | BC COVRD SVC OP (M) | 5,104.54- |

H  O P  RO 60

| | ACCOUNT BALANCE | 700.00 |
|---|---|---|

NOTICE: YOUR ACCOUNT IS PAST DUE.
WE WILL IMMEDIATELY EXPECT YOUR PAYMENT IN FULL.
B09 BLUE CROSS 36            .00

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS
Until your insurance has paid, the PLEASE PAY THIS AMOUNT represents the balance we estimate you owe.
Any balance unpaid by your insurance will be due from you... Thank you.