# EXHIBIT "B"

# COMPUTER CREDIT, INC.

CLAIM DEPT 082690   640 West Fourth Street   Post Office Box 5238   Winston-Salem, NC   27113-5238   336-761-1538

ACA INTERNATIONAL
The Association of Credit
and Collection Professionals
Member

August 17, 2009

096   SH7107   24891   0540164243
Andrew Robert Morris
For: Morris, Debra
3035 St RT 2014
Clifford Twp, PA 18421-9626

**CREDITOR DETAIL**

Community Medical Center

Attention: Outpatient Credit
Telephone: (570) 969-8926

Acct. No.   71309538  O
Date of Service:   03-06-09

AMOUNT DUE:   $700.00

Dear Andrew Robert Morris:

Despite our previous communication to encourage you to pay your delinquent account with Community Medical Center, you still have an outstanding balance. This is our FINAL NOTICE and you must take action to resolve this overdue account. Pay the amount due to discharge your debt owed to the hospital.

This letter is sent as a final demand for payment in the amount of $700.00. Computer Credit, Inc. is a debt collector and a member of ACA International, the Association of Credit and Collection Professionals. Be advised this is our LAST ATTEMPT to collect this debt and any information obtained will be used for that purpose.

We expect you to resolve your financial obligation.

C. Jordan
C. Jordan
Director of Operations

To learn more about why you received this letter, you may contact CCI:
www.informationcci.com   login code: 0540164243 MCP

*Return this portion with your payment*

**IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW**

☐ VISA   ☐ MasterCard   ☐ DISCOVER

CARD NUMBER                              EXP DATE
SECURITY CODE                            AMOUNT
SIGNATURE
PRINT CARDHOLDER'S NAME
BILLING ADDRESS                          BILLING ZIP CODE

GUAR NAME       Andrew Robert Morris
ACCOUNT NO      71309538 O
AMOUNT DUE      $700.00

You may make check payable to:

Community Medical Center
PO Box 941
Scranton, PA 18501-0941

Computer Credit, Inc.
CCI KEY: 0540164243